# JAMES KOUSOUROS
*ATTORNEY AT LAW*

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

June 10, 2025

By ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Eric Kyu*, 25 Cr. 105 (KMK)

Dear Judge Karas:

This letter is respectfully submitted to (1) request that the Court amend the conditions of Mr. Kyu's release to permit travel to Pennsylvania and (2) adjourn the July 14, 2025 sentence date to a date in mid-September or to a date thereafter convenient for the Court.

Mr. Kyu has been accepted to attend a 42-day in-patient treatment program at KeyStone Center, Extended Care Unit ("ECU") in Pennsylvania. KeyStone specializes in addictive disorders.[1] Since shortly after his arrest, Mr. Kyu has been in weekly and bi-weekly out-patient therapy with Dr. Richard Krueger and Dr. Meg Kaplan. He now hopes to continue his treatment and rehabilitation with the KeyStone program. The program will build on Mr. Kyu's progress with Drs. Krueger and Kaplan after which he will resume his outpatient therapy as he awaits sentencing.

Pretrial Services and the Government have no objection to the amendment to Mr. Kyu's conditions of release to permit travel to Pennsylvania so that he may be admitted to in-patient treatment at KeyStone Center ECU. He will not leave the facility except to return to New York. We will advise both the Court, Pretrial Services and the Government of his release date. Assistant United States Attorney David Markewitz has no objection to adjournment of the July 14, 2025 sentence.

---

[1] *See* KeyStone ECU, https://keystonecenterecu.net/about-us/

1

Thank you for your courtesy and consideration.

Granted.
So Ordered
6/20/25

Respectfully submitted,

/s/ *James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Kyu*

c.c.   All Counsel of Record (By ECF)

Pretrial Services

2