# JAMES KOUSOUROS
*ATTORNEY AT LAW*

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

July 21, 2025

By ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *United States v. Eric Kyu*, 25 Cr. 105 (KMK)

Dear Judge Karas:

  This letter is respectfully submitted to (1) request that the Court amend the conditions of Mr. Kyu's release to include mental health evaluation and treatment and (2) adjourn the September 23, 2025 sentence date to a date in late-October or to a date thereafter convenient for the Court.

  Following Mr. Kyu's acceptance and admission to the in-patient treatment program at KeyStone Center in Pennsylvania, Pretrial Services Officer Shannon Finneran requested that a mental health condition be added to Mr. Kyu's release conditions to "essentially allow[] [Probation] access to confirm his attendance and compliance with the treatment program." The undersigned consents to this proposed modification. The Government has no objection to this proposed modification.

  As a result of Mr. Kyu's admission to KeyStone, the Presentence Interview was unable to be scheduled within the twenty-eight-day window, and has been scheduled for August 20, 2025, by which time Mr. Kyu will have been discharged from KeyStone. Thus, we respectfully request that the Presentence Report (PSR) disclosure dates be adjourned and that the September 23, 2025 sentence date be adjourned to a date in late-October or to a date thereafter convenient for the Court. The adjournment will permit a PSR to be prepared and disclosed and a sentencing submission to be prepared on behalf of Mr. Kyu. The Government has no objection to this request.

  Thank you for your courtesy and consideration.

1

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Kyu*

c.c.    All Counsel of Record (By ECF)

Shannon Finneran
U.S. Pretrial Services Officer

Deanna Paige
U.S. Probation Officer

All requests are granted. Sentence is adjourned to 11/13/25, at 2:00

So Ordered.

*[signature]*
7/21/25

2