# JAMES KOUSOUROS

*ATTORNEY AT LAW*

~

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

March 6, 2026

<u>By ECF</u>

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *United States v. Eric Kyu*, 25 Cr. 105 (KMK)

Dear Judge Karas:

This letter is respectfully submitted with the consent of the Government to request that the Court (1) adjourn the sentencing currently scheduled for April 7, 2026 for 45-days or to a date thereafter convenient for the Court and (2) adjourn the resultant disclosure dates for Probation to disclose the final Presentence Report (PSR).

As the Court may be aware we have received and continue to receive demands from victims in this case. We have been actively negotiating and resolving these matters. We expect settlements to be completed for most of the claims in the next three weeks and the balance will be resolved in the time requested. Additionally, while we have received several reports from treatment facilities we are awaiting a final report from Dr. Krueger. Once received, these reports will be provided to Probation for inclusion in the final PSR.

We appreciate the Court's courtesy and consideration. We will do our utmost to resolve all of these outstanding issues in the time requested. We have conferred with the Government and the Government consents to this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Kyu*

1

c.c.   All Counsel of Record (By ECF)

Deanna Paige
U.S. Probation Officer

Granted.  Sentence is adjourned to
6/ 4 /26, at  10:00

So Ordered

3/6/26

2