JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

September 11, 2026

By ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *United States v. Eric Kyu*, 25 Cr. 105 (KMK)**

Dear Judge Karas:

This letter is respectfully submitted to request that the Court grant permission for Mr. Kyu to travel to Mohonk Preserve in Ulster County on September 13, 2026 for a hiking trip with his wife and daughter. They would return the same day.

Pretrial Services and the Government have no objection to this request.

Thank you for your courtesy and consideration.

Granted.

So Ordered.

9/11/26

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Kyu*

All Counsel of Record (By ECF)

Shannon Finneran, U.S. Pretrial Services Officer (By Email)