Case 7:25-cr-00105-KMK Document 49 Filed 09/25/26 Page 1 of 1


# JAMES KOUSOUROS

ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT


September 25, 2026

By ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *United States v. Eric Kyu*, 25 Cr. 105 (KMK)**

Dear Judge Karas:

We write to respectfully request a two-week extension of Mr. Kyu's September 30, 2026 surrender date. Mr. Kyu has satisfied his restitution obligations pursuant to this Court's order. He has been prepared to surrender as directed. Unfortunately, he has not been designated and would have to surrender to the United States Marshals Service after which he would be sent to the Metropolitan Detention Center (MDC). The Court is certainly aware of the conditions at the MDC and all we ask is for some additional time so that he can be designated and surrender to the facility at which he will serve his sentence. Mr. Kyu has been in full compliance with all conditions of his release.

The Government consents to this request.

Thank you for your courtesy and consideration.

Mr. Kyu's surrender date is moved back 30 days.

So Ordered

9/25/26

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Kyu*

c.c. AUSA David Markewitz (By ECF)