JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

November 20, 2026

By ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *United States v. Eric Kyu*, 25 Cr. 105 (KMK)**

Dear Judge Karas:

We write respectfully to request that the Court grant Pretrial Services permission to return Mr. Kyu's expired passport and current passport to his wife given that Mr. Kyu has surrendered and is now serving his sentence. Pretrial Services and the Government have no objection to this request.

Thank you for your courtesy and consideration.

Granted.

So Ordered.

11/20/26

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Kyu*

c.c. AUSA David Markewitz (By ECF)

c.c. PTS Officer Shannon Finneran (By Email)